## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GWENDOLYN BOSTICK,**

　　　　**Plaintiff,**

**v.**                                          **Case No.: 8:23-cv-2239-AAS**

**MARTIN O'MALLEY,**
**Commissioner of Social Security**
**Administration,**

　　　　**Defendant.**
_____/

## <u>ORDER</u>

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 26). Plaintiff Gwendolyn Bostick did not respond and the time for doing so has expired. *See* Local Rule 3.01(c), M.D. Fla ("A party may respond to a motion within fourteen days after service of the motion. . . . If a party fails to timely respond, the motion is subject to treatment as unopposed.").

The Commissioner requests remand with entry of judgment to "offer [Ms. Bostick] an opportunity for a new hearing." (Doc. 26, p. 1). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

1

Accordingly, the Commissioner's motion for entry of judgment with remand (Doc. 26) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter judgment in favor of the plaintiff and close the file.

**ENTERED** in Tampa, Florida on May 20, 2024.

AMANDA ARNOLD SANSONE
United States Magistrate Judge